THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* SAM TRUMAN, Defendant-Appellant.

(No. 53211;

First District—November 5, 1970.

Opinion by Mr. PRESIDING JUSTICE DEMPSEY.

Gerald W. Getty, Public Defender, of Chicago, (John E. Hughes, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Alan M. Polikoff and Joseph Romano, Assistant State's Attorneys, of counsel,) for the People.